# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DANIELLE SAVOYE, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:19-CV-00418-AKK |
| USAA FEDERAL SAVINGS BANK, | ) |
| Defendant. | ) |

## ORDER

In light of the Notice of Settlement, doc. 23, this action is **DISMISSED WITHOUT PREJUDICE**.  The court shall retain jurisdiction over the parties until January 2, 2020 for the purpose of enforcing their settlement agreement.  The court **ORDERS** that the parties shall file a formal stipulation of dismissal by January 2, 2020.  Otherwise, after that date, this case will be deemed dismissed with prejudice.

**DONE** the 18th day of November, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE